Louise Swanson, Appellant, v. Progress Electric Company, Appellee.

Gen. No. 43,697.

opinion filed June 10, 1946; released for publication July 1, 1946. Royal W. Irwin, for appellant; Hinshaw & Culbertson, for appellee; Oswell G. Treadway, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.